

June 5, 2020

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020

      Re:    **Craig Dawes v. Charter Communications, Inc., et al.**
              **Case No. 1:20-cv-2322-MKV**

Dear Judge Vyskocil:

    Our Firm represents Plaintiff Craig Dawes ("Plaintiff") in the above-referenced matter. Plaintiff writes in response to Defendants' pre-motion letter to compel arbitration [Dkt. No. 13]. Plaintiff consents to submit to arbitration and requests that the Court issue an order staying this instant action pending arbitration or, alternatively, dismiss this matter without prejudice.

    Should Your Honor have any questions, please feel free to contact me. We thank Your Honor for your consideration of this matter.

                                  Respectfully Yours,

                                  **DEREK SMITH LAW GROUP, PLLC**

                                  */s/ Rachel Allen*_____

                                  Rachel Allen

---

Since the Parties have agreed to arbitration of this matter, the case is dismissed without prejudice to refiling after the arbitration. The Clerk is directed to terminate the action. SO ORDERED.

Date: 6/11/2020
New York, New York

                                Mary Kay Vyskocil
                                United States District Judge